UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAVE BULK TRANSPORT LTD.,                    :

        Plaintiff,                                          07 CV 4546

- against -                                                   :   ECF CASE

SPOT ON SHIPPING LTD., a.k.a. SPOT ON         :
SHIPPING LTD. BVI, a.k.a. SPOT ON,
a.k.a CLAYTON STAR COMPANY LIMITED            :
a.k.a. CLAYTON STAR and PEHW ASSET
MANAGEMENT LIMITED a.k.a. PEHW                :
ASSET MANAGEMENT LTD.,
                                              :
        Defendants.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:   NONE.

Dated: May 30, 2007
      New York, NY

                                   The Plaintiff,
                                   BRAVE BULK TRANSPORT LTD.,

                                   By: _____
                                   Lauren C. Davies (LD 1980)
                                   Thomas L. Tisdale (TT 5263)
                                   TISDALE LAW OFFICES
                                   11 West 42nd Street, Suite 900
                                   New York, NY 10036
                                   (212) 354-0025 (Phone)
                                   (212) 869-0067 (Fax)
                                   ldavies@tisdale-law.com
                                   ttisdale@tisdale-law.com