UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BRAVE BULK TRANSPORT LTD.,

                                                            07 Civ. 4546 (CM)

                Plaintiff,

      -against-                      RULE 7.1 STATEMENT

SPOT ON SHIPPING LTD., a.k.a. SPOT
ON SHIPPING LTD. BVI, a.k.a. SPOT ON,
a.k.a. CLAYTON STAR COMPANY LIMITED
a.k.a. CLAYTON STAR and PHEW ASSET
MANAGEMENT LIMITED a.k.a. PEHW ASSET
MANAGEMENT LTD. and ZHANGGANG SHIPPING
LIMITED,

                        Defendant.
------------------------------------------X

       Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant ZHANGGANG SHIPPING LIMITED, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of ZHANGGANG SHIPPING LIMITED.

                                                _____
                                                EDWARD A. KEANE (EK 1398)