M. MAHON, S.
640

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BRAVE BULK TRANSPORT LTD.,                    :

       Plaintiff,                    :          07 CV 4546 (CM)

      - against -                    :          ECF CASE

SPOT ON SHIPPING LTD., a.k.a. SPOT ON         :
SHIPPING LTD. BVI., a.k.a. SPOT ON,
a.k.a CLAYTON STAR COMPANY LIMITED            :
a.k.a. CLAYTON STAR and PEHW ASSET
MANAGEMENT LIMITED a.k.a. PEHW                :
ASSET MANAGEMENT LTD.
and ZHANGGANG SHIPPING LIMITED,               :

       Defendants.                   :
----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 7-10-07

## AMENDED EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on July 9, 2007 Plaintiff, BRAVE BULK TRANSPORT LTD., filed a

Verified Amended Complaint herein for damages amounting to **$540,029.94** inclusive of interest,

costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for

Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

    **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendants' property within the District of this Court; and

    **WHEREAS**, the Court has reviewed the Verified Amended Complaint and the

Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it

is hereby

    **ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against

all tangible or intangible property belonging to, claimed by or being held for the Defendants by

any garnishees within this District, including but not limited to, ABN Amro, American Express

Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, JP

Morgan Chase, Standard Chartered Bank Wachovia Bank and/or Commerzbank

Aktiengesellschaft AG in an amount up to and including **$540,029.94** pursuant to Rule B of the

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil

Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished

pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at

which the Plaintiff shall be required to show cause why the attachment and garnishment should

not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other

designated process server upon each garnishee, that supplemental service of the Process of

Maritime Attachment and Garnishment, and this Order, may be made by way of fax transmission

or other verifiable electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective

continuous service throughout the day from the time of such service through the opening of the

garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

2

may consent, in writing, to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: July 9 , 2007

**SO ORDERED:**

_____
**U. S. D. J.**