# MAHONEY & KEANE, LLP

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†

Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252

September 17, 2007

**RECEIVED**
SEP 17 2007
CHAMBERS OF
COLLEEN McMAHON

<u>THIS FACSIMILE TRANSMISSION
CONSISTS OF TWO (2) PAGES</u>

THE HON. COLLEEN McMAHON
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
(212) 805-6325

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

# MEMO ENDORSED

Re: SDNY Case No.: 07 CV 4546 (CM)
Brave Bulk Transport Ltd. v.
Spot On Shipping Ltd., et al.
Our File No.: 12/3455/B/07/B

Honorable Madam:

    We represent defendant ZHANGGANG SHIPPING LIMITED (ZSL) in the above-referenced action. We understand that, by September 20, 2007, plaintiff may be submitting a response to the Court's Order dated September 14, 2007. However, we are constrained to immediately state our position to avoid any future confusion.

    Specifically, plaintiff's counsel states that the motion brought by ZSL might be denied after plaintiff's brief is submitted, and that a motion for reconsideration might be brought "if [plaintiff is] requested to do so."

    However, ZSL's motion has already been granted, on the merits and without opposition. The Federal Rules contemplate that denial of that motion now should only follow a motion for reconsideration. ZSL certainly has more to say in response to plaintiff's letter, and we assume we will have the opportunity to be fully heard in the context of such a motion.

    We thank the Court for its continued assistance.

Respectfully submitted,

MAHONEY & KEANE, LLP

By: _____
Garth S. Wolfson

9/17/07
I assume ylet [handwritten note, partially illegible]
on Thursday on
set a motion for
reconsideration

**MAHONEY and KEANE**

cc: TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, New York  10036
Fax: (212) 869-0067