11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067
TL@TISDALE-LAW.COM

# TISDALE
LAW OFFICES, LLC

*New York, NY - Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641
WWW.TISDALE-LAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/20/07




MEMO ENDORSED

September 19, 2007

***VIA FACSIMILE 212 805 6326***
Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1581

Re: BRAVE BULK TRANSPORT LTD v. SPOT ON SHIPPING LTD. a.k.a SPOT ON SHIPPING BVI a.k.a. SPOT ON a.k.a. CLAYTON STAR COMPANY LTD. a.k.a. CLAYTON STAR and PEHW ASSET MANAGEMENT LIMITED a.k.a. PEHW ASSET MANAGEMENT LTD. and ZHANGGANG SHIPPING LIMITED
07 Civ. 4546 / Our Ref.: 07-99-1698

Dear Judge McMahon:

We write to request an adjournment of the pretrial conference scheduled for Friday, September 21, 2007 at 10:15 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On May 30, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. On or about August 14, 2007, $7,219.44 of Zhanggang Shipping Ltd.'s ("ZSL") funds was restrained at Bank of New York pursuant to the ex parte order in this matter. On August 22, 2007, defendant ZSL moved to vacate the attachment of their property and Your Honor has stayed the Court's September 14, 2007 order vacating the attachment as against ZSL pending the receipt of the Plaintiff's show case papers and motion for reconsideration due September 20, 2007. Most recently garnishee bank HSBC attached $1,000,000 of property belonging to ZSL pursuant to the ex parte order in this matter. Defendant's counsel has been notified of this attachment.

The Defendant has appeared and consents to this request for an adjournment pending the receipt of all papers on the motions pending.

responsive papers and due 9/27. Reply due 10/1. Conference case 10/5 at 12:00. Counsel must appear.

Colleen McMahon
9/20/07

We note that this is our second request for an adjournment in this matter. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Lauren C. Davies

*CC:* ***VIA E-MAIL to gwolfson@mahoneykeane.com***

Mahoney & Keane LLP
Attorneys for the defendant,
Zhanggang Shipping Limited
111 Broadway, Tenth Floor
New York, NY 10006
(212) 386-1422
Attn: Garth S. Wolfson
Email: gwolfson@mahoneykeane.com