UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

BRAVE BULK TRANSPORT LTD.,

    Plaintiff,

  -against-                                    07 Civ. 4546 (CM)

SPOT ON SHIPPING LTD., et al.,

    Defendant.

----------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

### DECISION DENYING DEFENDANTS' MOTION TO RECONSIDER COURT'S OCTOBER 30, 2007 DECISION

McMahon J.:

    Defendant's motion to reconsider the Court's October 30, 2007 decision is denied. Leave to file an interlocutory appeal from that decision is denied.

    This constitutes the decision and order of the Court.

November 20, 2007

                      /s/
                       U.S.D.J.

BY FAX TO:

    Tisdale Law Offices (212-869-0067)
    Edward A. Keane, Esq. (212-385-1605)