TISDALE LAW OFFICES    Fax:2032541641    Oct 31 2007 15:22    P.07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAVE BULK TRANSPORT LTD.,

        Plaintiff,                    :    07 CV 4546 (CM)

        - against -                    :    ECF CASE

SPOT ON SHIPPING LTD., a.k.a. SPOT ON    :
SHIPPING LTD. BVI, a.k.a. SPOT ON,
a.k.a CLAYTON STAR COMPANY LIMITED    :
a.k.a. CLAYTON STAR and PEHW ASSET
MANAGEMENT LIMITED a.k.a. PEHW    :
ASSET MANAGEMENT LTD.
and ZHANGGANG SHIPPING LIMITED,    :

        Defendants.                    :
------------------------------------------------------------X

CERTIFIED COPY MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

## AMENDED EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

WHEREAS, on October 31, 2007 Plaintiff, BRAVE BULK TRANSPORT LTD., filed a

Verified Second Amended Complaint herein for damages amounting to $540,029.94 inclusive of

interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for

Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendants' property within the District of this Court; and

WHEREAS, the Court has reviewed the Verified Second Amended Complaint and the

Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it

is hereby

ORDERED, that Process of Maritime Attachment and Garnishment shall issue against

TISDALE LAW OFFICES    Fax:2032541641    Oct 31 2007 15:23    P.08

all tangible or intangible property belonging to, claimed by or being held for the Defendants by any garnishees within this District, including but not limited to, ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, JP Morgan Chase, Standard Chartered Bank Wachovia Bank and/or Commerzbank Aktiengesellschaft AG in an amount up to and including $540,029.94 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, and this Order, may be made by way of fax transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

TISDALE LAW OFFICES    Fax:2032541641    Oct 31 2007 15:23    P.09

may consent, in writing, to accept service by any other means; and it is further

ORDERED that a copy of this Order be attached to and served with said Process of

Maritime Attachment and Garnishment.

Dated: October ___, 2007

SO ORDERED:

_____
U. S. D. J.

11·2·07

Part I