UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BRAVE BULK TRANSPORT LTD.,                          **07 Civ. 4546 (CM)**

                Plaintiff,          NOTICE OF MOTION

     -against-

SPOT ON SHIPPING LTD., a.k.a. SPOT
ON SHIPPING LTD. BVI, a.k.a. SPOT ON,
a.k.a. CLAYTON STAR COMPANY LIMITED
a.k.a. CLAYTON STAR and PHEW ASSET
MANAGEMENT LIMITED a.k.a. PEHW ASSET
MANAGEMENT LTD. and ZHANGGANG SHIPPING
LIMITED,

                Defendant.
----------------------------------------X

    PLEASE TAKE NOTICE, that upon the annexed Declaration, and Memorandum of Law and all the prior pleadings and proceedings in this action, defendant ZHANGGANG SHIPPING LIMITED (ZSL), will move the Court before the Honorable Colleen McMahon at the Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing plaintiff's complaint, and thus vacating the Court's order of attachment, and granting to ZSL such other and further relief as this Honorable Court may deem just and proper.


Dated:  New York, New York
       March 4, 2008


                MAHONEY & KEANE, LLP
                Attorneys for Defendant
                ZHANGGANG SHIPPING LIMITED

          By:  _____
                Edward A. Keane (EK 1398)
                111 Broadway, Tenth Floor
                New York, New York 10006
                (212) 385-1422

```
TO:   TISDALE LAW OFFICES, LLC
      11 West 42nd Street, Suite 900
      New York, New York  10036
      Fax: (212) 869-0067
```