| | | |
|---|---|---|
| 11 WEST 42ND STREET, SUITE 900<br>NEW YORK, NY 10036<br>(212) 354-0025<br>FAX: (212) 869-0067<br><br>TL@TISDALE-LAW.COM | **TISDALE**<br>**LAW OFFICES, LLC**<br><br>*New York, NY · Southport, CT* | 10 SPRUCE STREET<br>SOUTHPORT, CT 06890<br>(203) 254-8474<br>FAX: (203) 254-1641<br><br>WWW.TISDALE-LAW.COM |

## MEMO ENDORSED

March 18, 2008

*Via facsimile – 212-805-6326*
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

OK /s/ Colleen McMahon
3/19/08

Re:   Brave Bulk Transport Ltd. v. Spot on Shipping Ltd., et al.
      Docket No.: 07 CV 4546 (CM)
      Our File: 07-99-1698

Honorable Madam:

We are attorneys for the Plaintiffs in the above captioned matter. With the consent of counsel for the movant, Zhanggang Shipping, Ltd., we are writing to respectfully request that we be granted up to and including March 25, 2008 to serve and file our Opposition to Zhanggang's Motion to Dismiss the Plaintiff's Complaint.

We appreciate your Honor's indulgence in this request.

Respectfully yours,

Thomas L. Tisdale

*Via facsimile*
cc:   Edward Keane

mt

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```