UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BRAVE BULK TRANSPORT LTD.,                    **07 Civ. 4546 (CM)**

                          Plaintiff,          DECLARATION


        -against-


SPOT ON SHIPPING LTD., a.k.a. SPOT
ON SHIPPING LTD. BVI, a.k.a. SPOT ON,
a.k.a. CLAYTON STAR COMPANY LIMITED
a.k.a. CLAYTON STAR and PHEW ASSET
MANAGEMENT LIMITED a.k.a. PEHW ASSET
MANAGEMENT LTD. and ZHANGGANG SHIPPING
LIMITED,

                          Defendant.
----------------------------------------X


        I, EDWARD A. KEANE, hereby declare as follows:

        1.    I am a member of the Bar of this Court and a partner in
the firm of MAHONEY & KEANE, LLP (MAHONEY & KEANE), counsel for
Defendant ZHANGGANG SHIPPING LIMITED (ZSL) in the above-entitled
action and I am familiar with all the facts and circumstances in
this action.

        2.    I make this declaration pursuant to Rule 1.4 of the
Civil Rules for the Southern District of New York, in support of
MAHONEY & KEANE's application for an order permitting it's
withdrawal as counsel for Defendant ZSL.

        3.    Plaintiff BRAVE BULK TRANSPORT LTD. (BRAVE BULK)
commenced the underlying action in the Southern District of New
York, seeking damages from Defendant SPOT ON SHIPPING LTD. (SPOT
ON) for breach of a Forward Freight Agreement (FFA) in the amount

of $540,029.94.

4.   Plaintiff amended its Complaint to include a further cause of action against Defendant ZSL, based on its purported 'alter ego' status, as it pertained to Defendant SPOT ON.

5.   Defendant ZSL retained the firm of MAHONEY & KEANE to represent its interests in the referenced litigation.

6.   MAHONEY & KEANE filed a motion to dismiss Plaintiff's action against Defendant ZSL.

7.   This motion to dismiss is presently before the Court.

8.   After counsel's submission of the motion to dismiss to this Honorable Court, Defendant ZSL instructed MAHONEY & KEANE to abstain from filing any reply papers and, furthermore, to discontinue any and all work being performed on this file.

9.   Defendant ZSL further stated that it was their intent to terminate MAHONEY & KEANE's representation in this matter and to execute a substitution of counsel.

10.  I have followed up with Defendant ZSL, and, as of today, have not received the substitution of counsel.

11.  Due to extensive motion practice that has taken place in this matter, no significant discovery has been conducted by the parties.   Therefore, Defendant ZSL would not be prejudiced by MAHONEY & KEANE's withdrawal as counsel.

12.  Given  our  inability  to  perform  any  of  the  tasks required  to  provide  adequate  counsel  to  Defendant  ZSL  and  their intention  to  terminate  our  representation,  I  respectfully  request that  the  Court  grant  our  request  to  withdraw  as  counsel  for Defendant  ZSL  on  this  matter.

Dated:    New York, New York

May __5__, 2008

_____
EDWARD A. KEANE (EK 1398)