UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———— ———— ———— ———— ————x

BRAVE BULK TRANSPORT LTD.,

      Plaintiff,

    -against-                      07 Civ. 4546 (CM)

SPOT ON SHIPPING LTD., et al.,

      Defendants.

———— ———— ———— ———— ————x

## MEMORANDUM ORDER

McMahon, J.:

    (1) The motion by defendant Zhanggang Shipping Limited to dismiss the verfieid second amended complaint is denied.

    (2) At the present time, Zhanggang is in default on numerous discovery obligations. Its counsel of record has asked to be relieved, and, indeed, is claiming to have been fired and prohibited from carrying out the duties of counsel in connection with this lawsuit. I have received nothing directly from Zhanggang in response to the motion.

    As a corporation, Zhanggang must appear through counsel, so the court is reluctant to grant a motion to relieve counsel that will place a corporate defendant in technical default. Defendant Zhanggang has thirty days from today's date to notify the court, in writing, whether it consents to the withdrawal of counsel, and if so, to appear by another attorney. If Zhanggang does not consent to the motion, it must explain why the situation does not warrant relief. If Zhanggang does not comply with this order, I will assume that its silence, coupled with its default on outstanding discovery obligations, means that it does not intend to contest this action, and I will enter a default judgment against it. Moving counsel must notify their client immediately of the court's order.

Dated: May 13, 2008

                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

BY ECF TO ALL COUNSEL