Michael G. Chalos
Eugene J. O'Connor
Owen F. Duffy
Leroy S. Corsa
Brian T. McCarthy
Timothy Semenoro*
George E. Murray
George K. Kontakis**
Andrew Warner

*Admitted in NY & NJ
**Admitted in NJ (only)

# CHALOS, O'CONNOR & DUFFY
ATTORNEYS AT LAW

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Eugene J. O'Connor
Partner
oconnor@codus-law.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

June 27, 2008

**MEMO ENDORSED**

VIA TELECOPIER

7/2/08
Case stayed until finder subdivision put in suspense calendar

Fax: (212)-805-6326
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
Courtroom 21B
New York, NY 10007

Re: Brave Bulk Transport Ltd. v. Spot On Shipping Ltd.
    07 CV 4546 (CM)
    Our File: 500126.0036

Dear Judge McMahon:

As you are aware, we are the attorneys for Zhanggang Shipping Ltd. ("ZSL"). We refer to our letters to the Court of June 3 and 11, Your Honor's Memorandum Endorsement of June 12, opposing counsel's letters of June 13 and 19 and our response of June 20.

We respectfully submit that Brave Bulk Transport Ltd. ("Brave Bulk") has not come up with a "very surprising argument" that should change Your Honor's inclination to stay this case.

In addition, we wish to report that ZSL's solicitors in London will be attending the Commercial Court in London on July 1 to fix a date for a hearing on their application to intervene (see attached letter from Holman Fenwick Willan to Brave Bulk's solicitors dated June 27, 2008). Moreover, for the avoidance of any doubt, we wish to inform this Court that ZSL's solicitors will be submitting further evidence to the Commercial Court

in London to support a request that the London Court determine the issue of the alleged "alter ego" type connection between Spot On Shipping Limited and ZSL.

We shall promptly advise this Court of the outcome of the London proceeding. Meanwhile, the wire transfers of ZSL attached by Brave Bulk in New York banks pursuant to Rule B will remain attached.

Respectfully yours,

By: _____
Eugene J. O'Connor
CHALOS, O'CONNOR & DUFFY LLP
366 Main Street
Port Washington, New York 11050
(P) 516-767-3600
(F) 516-767-3605

EJO:po
Enc.
CC:   Tisdale Law Offices LLC
Attn: Thomas L. Tisdale, Esq.
      Lauren C. Davies, Esq.
Fax:  (203) 254-1641



Berwin Leighton Paisner  
Adelaide House  
London Bridge  
London  
EC4R 9HA  

Marlow House  
Lloyds Avenue  
London EC3N 3AL  
England  

T: +44 (0)20 7488 2300  
F: +44 (0)20 7481 0316  
DX1069 London City EC3  

For the Attention of: Edward Coulson  

hfw.com  

By fax (020 7760 1111) & post  

Yr Ref: ECSN/DHUG/25442.1   Direct Line: +44 (0)20 7264 8278   Date: 27 June 2008  
Our Ref: RPD/337/HAB   Email: holly.butwell@hfw.com  

Dear Sirs  

**Brave Bulk Trading Limited -v- Spot On Shipping Limited (2008 Folio 289)**

1. We refer to our letter of 20 June 2008 in which we confirmed that our clients intend to proceed with fixing their application.

2. Please note that John Walker, the clerk for our counsel, Paul Toms, will be attending the Commercial Court Listing Office at 2.30pm on 1 July 2008 in order to fix the date for the hearing of our clients' application. Accordingly, please instruct your counsel's clerk to attend at this time so that the application can be fixed to the convenience of both parties.

Yours faithfully

*Holman Fenwick Willa.*

Holman Fenwick Willan  
HFWLDN\5309439-1

cc. Spot On Shipping Limited,  
c/o Offshore Incorporations Limited,  
Offshore Incorporations Centre,  
PO Box 957, Road Town, Tortola,  
British Virgin Islands

Lloyd's List Shipping Law Firm of the Year 2008  
Celebrating 125 years of serving international commerce

Paris T: +33 1 44 94 40 50  Rouen T: +33 2 32 08 18 60  Brussels T: +32 2 535 7881  Piraeus T: +30 210 429 3978  Dubai T: +971 4 331 7788  
Hong Kong T: +852 2522 3006  Shanghai T: +86 21 5888 7711  Singapore T: +65 6534 0195  Melbourne T: +61 (3) 8501 4500  
This firm is regulated by the Solicitors Regulation Authority. A partnership of solicitors and registered foreign lawyers| VAT No GB 243 4838 55  
A list of partners' names is available at the London office