# MEMO ENDORSED

# CHALOS, O'CONNOR & DUFFY

### ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
Owen F. Duffy
Leroy S. Corsa
Brian T. McCarthy
Timothy Semenoro*
George E. Murray
George K. Kontakis**
Andrew Warner

*Admitted in NY & NJ
**Admitted in NJ (only)

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Eugene J. O'Connor
Partner
oconnor@codus-law.com

July 7, 2008

**VIA TELECOPIER**

*Fax: (212)-805-6326*
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
Courtroom 21B
New York, NY 10007

Re:  Brave Bulk Transport Ltd. v. Spot On Shipping Ltd.
     07 CV 4546 (CM)
     Our File: 500126.0036

Dear Judge McMahon:

We represent Zhanggang Shipping Ltd. ("ZSL") in the referenced action. With respect to your decision of July 2, 2008 (See Endorsed Memo, copy enclosed) for the sake of the record, we wish to clarify that the proceeding in London in which ZSL has applied to intervene is a lawsuit before the Commercial Court, not an arbitration.

[Handwritten endorsement: 7/8/08 Case stayed until London lawsuit is concluded. CMcM]

Respectfully yours,

By: _____
Eugene J. O'Connor
CHALOS, O'CONNOR & DUFFY LLP
366 Main Street
Port Washington, New York 11050
(P) 516-767-3600 / (F) 516-767-3605

[Stamp:
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08]

EJO:po
Enc.

cc.: Tisdale Law Offices LLC
Attn: Thomas L. Tisdale, Esq.
    Lauren C. Davies, Esq.
Fax: (203) 254-1641

07/07/2008 00:05 Chalos O'Connor & Duffy LLC (FAX)516 767 3605 P.004/005
Case 2:07-cv-04546-CM Document 46 Filed 07/08/2008 Page 3 of 4
06/27/2008 15:51 Chalos O'Connor & Duffy LLC (FAX)516 767 3605 P.002/004
Case 1:07-cv-04546-CM Document 44 Filed 07/03/2008 Page 1 of 3

# CHALOS, O'CONNOR & DUFFY
## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
Owen F. Duffy
Leroy S. Corsa
Brian T. McCarthy
Timothy Semenoro*
George E. Murray
George K. Kontakis**
Andrew Warner

*Admitted in NY & NJ
**Admitted in NJ (only)

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Eugene J. O'Connor
Partner
oconnor@codus-law.com

June 27, 2008

**MEMO ENDORSED**

<u>VIA TELECOPIER</u>

*Fax: (212)-805-6326*
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
Courtroom 21B
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

*[Handwritten endorsement: 7/2/08 Case Stayed until London arbitration — put in suspense calendar]*

Re: Brave Bulk Transport Ltd. v. Spot On Shipping Ltd.
   07 CV 4546 (CM)
   Our File: 500126.0036

Dear Judge McMahon:

As you are aware, we are the attorneys for Zhanggang Shipping Ltd. ("ZSL"). We refer to our letters to the Court of June 3 and 11, Your Honor's Memorandum Endorsement of June 12, opposing counsel's letters of June 13 and 19 and our response of June 20.

We respectfully submit that Brave Bulk Transport Ltd. ("Brave Bulk") has not come up with a "very surprising argument" that should change Your Honor's inclination to stay this case.

In addition, we wish to report that ZSL's solicitors in London will be attending the Commercial Court in London on July 1 to fix a date for a hearing on their application to intervene (see attached letter from Holman Fenwick Willan to Brave Bulk's solicitors dated June 27, 2008). Moreover, for the avoidance of any doubt, we wish to inform this Court that ZSL's solicitors will be submitting further evidence to the Commercial Court

07/07/2008  10:05  Chalos O'Connor & Duffy LLC.                    (FAX)516 767 3605        P.005/005
Case 2:07-cv-04546-CM   Document 46   Filed 07/08/2008   Page 4 of 4

08/27/2008  15:51  Chalos O'Connor & Duffy LLC              (FAX)516 767 3605    P.009/004
Case 1:07-cv-04546-CM   Document 44   Filed 07/03/2008   Page 2 of 3

in London to support a request that the London Court determine the issue of the alleged "alter ego" type connection between Spot On Shipping Limited and ZSL.

We shall promptly advise this Court of the outcome of the London proceeding. Meanwhile, the wire transfers of ZSL attached by Brave Bulk in New York banks pursuant to Rule B will remain attached.

Respectfully yours,

By: *[signature]*
Eugene J. O'Connor
CHALOS, O'CONNOR & DUFFY LLP
366 Main Street
Port Washington, New York 11050
(P) 516-767-3600
(F) 516-767-3605

EJO:po
Enc.
CC:   Tisdale Law Offices LLC
Attn: Thomas L. Tisdale, Esq.
      Lauren C. Davies, Esq.
Fax:  (203) 254-1641

.2